UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

JOHNSON & JOHNSON VISION
CARE, INC.

      Plaintiff,

   - against -

CIBA VISION CORPORATION,

      Defendant.

---------------------------------------------------------- x

04 Civ. 07369 (LTS)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/07

   This action came on for trial before the Court and a jury, Honorable Laura Taylor Swain, District Judge, presiding, and the issues having been duly tried and the jury having rendered its verdict,

   It is ordered and adjudged that plaintiff, Johnson & Johnson Vision Care, Inc., recover of defendant, CIBA Vision Corporation, the sum of $150,075.73, with interest at the rate provided by 28 U.S.C. § 1961 *and, subject to the provisions of Fed. R. Civ. P. 68, its costs.*

Dated: New York, New York
    March 9, 2007

SO ORDERED

_____
Laura Taylor Swain, U.S.D.J.

                    _____
                     Clerk of the Court

KL3 2575839.1